# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN CLAYTON, J.D.C., and KASANDRA HENDERSON, | Case No. 2:22-cv-12325-TGB-APP |
| | Hon. Terrence G. Berg |
| Plaintiffs, | United States District Judge |
| v. | Hon. Anthony P. Patti |
| | United States Magistrate Judge |
| FOWLERVILLE COMMUNITY SCHOOLS, et al., | |
| Defendants. | |

## ORDER TERMINATING LIMITED APPEARANCE

The Disability Law Clinic at Wayne State University Law School's limited appearance on Plaintiff J.D.C.'s behalf pursuant to LR 83.25(c) is hereby terminated.

IT IS SO ORDERED.

Dated: August 4, 2023        /s/Terrence G. Berg
                             TERRENCE G. BERG
                             United States District Judge